USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __01/12/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Full Circle United, LLC,

                Plaintiff,

-against-

Bay Tek Entertainment, Inc.,

                Defendant.

1:21-mc-00866 (JGK) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The motion by Defendant Bay Tek Entertainment, Inc. to compel Howard Pavony to comply with a subpoena served upon him (ECF No. 6) has been referred to me for disposition. No later than January 21, 2022, Defendant shall file a letter stating its position as to whether this Court may, *sua sponte*, transfer the pending motion to the issuing court, the United States District Court for the Eastern District of New York, in the action *Full Circle United, LLC v. Bay Tek Entertainment, Inc.*, No. 20-CV-03395 (BMC) (the "EDNY Action"), pursuant to Fed. R. Civ. P. 45(f).

No later than January 14, 2022, counsel for Defendant shall serve a copy of this Order on all parties to the EDNY Action. If any of those parties wish to take a position on the issue of transferring the pending motion to the Eastern District of New York pursuant to Rule 45(f), such party or parties each shall file a letter to the ECF docket in this case stating its position no later than January 21, 2022.

SO ORDERED.

Dated:      New York, New York
              January 12, 2022

_____
STEWART D. AARON
United States Magistrate Judge